UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

       Plaintiff,

  v.

ROBIN ARNOLD WILLIAMS *et al.,*

       Defendants.

Case No.  C07-5540RBL/JKA

ORDER TO RETURN IMPROPERLY NUMBERED PLEADINGS

       This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  On February 13, 2008, the clerks office received a number of papers from Mr. Ayers.  While the caption on the pleadings is for the United States District Court for the Western District of Washington at Tacoma, the pleadings do not have any cause number from this court on them.  The cause numbers on the pleadings relate to the Clark County Superior Court, (01-2-00713-4), and a Court of Appeals, (COA 33604-911).

    The court and clerks office have no idea what action Mr. Ayers intended to file these documents in and the court will not guess.  The court now orders these documents returned to Mr. Ayers unfiled.

    The Clerk is directed to send plaintiff a copy of this order and return his pleadings to him unfiled

       DATED this 15 day of February, 2008.

                         /S/ *J. Kelley Arnold*
                         J. Kelley Arnold
                         United States Magistrate Judge

ORDER
Page - 1